THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GUIVIAM RODARTE, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> STANDARD INSURANCE COMPANY, § <br> § <br> Defendant. § <br> § | Case 5:17-cv-00043-DAE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having announced to the Court that the matters in controversy have been settled, hereby STIPULATE to the dismissal of all claims, demands, and causes of action asserted or assertable herein by Plaintiff against Defendant, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

**STIPULATED AND AGREED TO:**

Respectfully Submitted,                                   Respectfully Submitted,


By: /s/ Jessica Taylor                                    By: /s/ *Ryan K. McComber*
    Jessica Taylor                                        Ryan K. McComber
    Texas Bar No. 24013546                                 Texas Bar No. 24041428
    jessica@jtaylorlaw.com                                 ryan.mccomber@figdav.com
                                                           Nicole H. Muñoz
**THE LAW OFFICE OF JESSICA TAYLOR**                         Texas Bar No. 24098153
14100 San Pedro, Suite 602                                    nicole.munoz@figdav.com
San Antonio, Texas 78232
Telephone: (210) 402-4022                                 **FIGARI + DAVENPORT, LLP**
Facsimile: (210 402-1225                                  901 Main Street, Suite 3400
                                                          Dallas, Texas 75202
**ATTORNEYS FOR PLAINTIFF**                               Telephone: (214) 939-2000
**GUIVIAM RODARTE**                                       Facsimile: (214) 939-2090

                                                          **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

    I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all other will be served via certified mail, return receipt requested on the 16th day of April, 2018.


                                               /s/ *Ryan K. McComber*
                                               Ryan K. McComber